# CASE ANNOUNCEMENTS
*August 19, 2008*

[Cite as *08/19/2008 Case Announcements,* 2008-Ohio-4170.]

## MOTION AND PROCEDURAL RULINGS

**2006–1682.   Kirchner v. Shooters on the Water, Inc.**
Cuyahoga App. No. 86919, 167 Ohio App.3d 708, 2006-Ohio-3583. Sua sponte, this cause is no longer held on Proposition of Law No. I for the decision in 2007–0288 and 2007–0410, *Ahmad v. AK Steel Corp.*, Butler App. No. CA2006–04–089, 2006-Ohio-7031.

This cause is now held on Proposition of Law No. I for the decision in 2007–1222 and 2007–1370, *Lang v. Holly Hill Motel, Inc.*, Jackson App. No. 06CA18, 2007-Ohio-3898, and the briefing schedule remains stayed.